**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JANE DOE,

*Petitioner,*

v.

ERIC H. HOLDER JR., Attorney
General,

*Respondent.*

No. 06-71565

ORDER

Filed March 29, 2011

Before: Harry Pregerson, Dorothy W. Nelson, and
Sandra S. Ikuta, Circuit Judges.

---

## ORDER

The opinion and dissent filed December 3, 2010, slip op.
19277, appearing at 626 F.3d 1119 (9th Cir. 2010), are with-
drawn. The opinion may not be cited as precedent by or to
this court or any district court of the Ninth Circuit. The opin-
ion should be removed from all publications.